UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                      No. 11 Cr. 381 (LTS)

MAHENDRA DANRAJH,

    Defendant.

------------------------------------------------------------x

## ORDER

For the reasons stated on the record at today's hearing, Defendant's suppression motion is denied in its entirety. This order terminates docket entry no. 13.

SO ORDERED.

Dated: New York, New York
       September 12, 2011

                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge